**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ERICK REINALDO DUARTE MAZARIEGOS,**<br>**Petitioner,**<br><br>**v.**<br><br>**JOHN RIFE, MARKWAYNE MULLIN, TODD M. LYONS, JAMAL LAWRENCE JAMISON, and TODD BLANCHE,**<br>**Respondents.** | **CIVIL ACTION**<br><br><br>**NO. 26-CV-7941** |

**ORDER**

**AND NOW**, this 21st day of October, 2026, in light of the Government's Notice of Compliance with the Court's Order (ECF No. 8), **IT IS HEREBY ORDERED** that the Clerk of Court **SHALL TERMINATE** the above-captioned action and mark it as **CLOSED**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**